## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 4805 | **DATE** | 10/25/2005 |
| **CASE TITLE** | Whitley vs. Velasco, et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' motion to dismiss [105] is granted.

■ [ For further detail see attached order.]  Docketing to mail notices.

| | Courtroom Deputy Initials: | rj/jck |
|---|---|---|